UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

EQUINE OXYGEN THERAPY
RESOURCES, INC., *et al.*                                   Case No. 14-51611

DEBTORS                                          (JOINTLY ADMINISTERED)

## NOTICE OF INTENT TO SELL

Comes J. James Rogan, Trustee, and gives notice to all creditors and parties in interest that the trustee proposes to sell free and clear of all interests, by private sale to William Casner, 714 Cross Timbers, Flower Mound, TX 75022 the flowing property: 20 exhaust tee pipes spools for chamber console kill switch, 1 AutoClad plotter, 1 fire damaged hyperbaric chamber, ruptured discs and miscellaneous accessories for the sum of $1,000.00.  The property has a petition value of $9,600.00. Trustee recommends acceptance of the $1,000.00 offer as it is doubtful if a greater amount would be realized by a public auction after payment of costs of sale.

**DATE OF SALE: May 11, 2015**
**TIME OF SALE: 10:00 o'clock a.m.**
**LOCATION OF SALE: law office of J. James Rogan**
                **345 South Fourth Street, Danville, Kentucky 40422**

ANY PARTY OBJECTING TO THE PROPOSED SALE MUST FILE SUCH OBJECTION IN WRITING WITHIN TWENTY ONE DAYS OF THE DATE OF THIS NOTICE OR THE TRUSTEE WILL PROCEED WITHOUT FURTHER ORDER OF THE COURT TO HOLD THE PROPOSED SALE.

Any objection should be addressed to the United States Bankruptcy Court Clerk, Second Floor, 100 East Vine Street, Lexington, Kentucky 40507.  A copy of the objection should be sent to the trustee at the address shown below.

Certificate of Service

The trustee certifies that a copy of the foregoing Notice has been served upon all creditors and parties in interest either electronically or by mailing, postage pre-paid, this April 17, 2015

/s/ J. James Rogan_____
J. James Rogan, Trustee
345 South Fourth Street
Danville, Kentucky 40422
(859) 236-8121
jrogan@bellsouth.net